**Lionel FIKE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49585.**

Missouri Court of Appeals,
Western District.

Feb. 7, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and HANNA and LAURA DENVIR STITH, JJ.

**ORDER**

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for postconviction relief.

Affirmed. Rule 84.16(b).